UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20868-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

WASHINGTON CUNDUMI ESTUPINAN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lauren F. Louis, on February 19, 2019. A Report and Recommendation was filed on February 21, 2019, [ECF No. 35], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 35] of United States Magistrate Judge Lauren F. Louis, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count 1 of the Indictment which charges the Defendant with conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of March, 2019.

                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Copied: Magistrate Otazo-Reyes
Magistrate Judge Louis
All Counsel Of Record